PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
JUL 19 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GRAND JURY INVESTIGATION NUMBER 2016-49. | Misc No. 1:17-MC-00049-SAB<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER BETWEEN THE UNITED STATES AND LINDA EXPOSE** |

WHEREAS, the discovery in this investigation is expected to contain a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a target or subject of the investigation in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

Therefore, LINDA EXPOSE, by and through her counsel of record ("Defense Counsel"), and the United States of America ("Government"), by and through Assistant United States Attorney

Christopher D. Baker, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case, and documents produced subsequent to the date of entry of this Order (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit LINDA EXPOSE to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow LINDA EXOPSE to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide LINDA EXPOSE with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not

disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising LINDA EXPOSE, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event LINDA EXOPSE substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: July 19, 2017          PHILLIP A. TALBERT
                              United States Attorney


                         By:  /s/ Christopher D. Baker
                              CHRISTOPHER D. BAKER
                              Assistant U.S. Attorney


DATED: July 19, 2017     By:  /s/ Michael J. Aed
                              Michael J. Aed
                              Attorney for
                              LINDA EXPOSE


IT IS SO ORDERED.

DATED: 7/19/17

                              _____
                              U.S. MAGISTRATE JUDGE